PROB 12B
(7/93)

**FILED**
October 29, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Jaemie Herndon__
DEPUTY

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Norman Punsalan Nooris          Case Number: 5:20-CR-310

Name of Sentencing Judicial Officer: Honorable John A. Houston, United States District Judge for the Southern District of California, San Diego Division

Date of Original Sentence: October 5, 2015

Original Offense: Conspiracy to Distribute Methamphetamine, 21 U.S.C. §§ 841(a)(1) and 846; 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853

Original Sentence: 110 months imprisonment; 5 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: September 30, 2019

## PREVIOUS COURT ACTION

**Transfer of Jurisdiction:** Transfer of jurisdiction from the Southern District of California, San Diego Division, docket number 12-cr-03850-JAH-1, to the Western District of Texas, San Antonio Division, was completed on July 17, 2020.

## PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.
☒ To modify the conditions of supervision as follows:

To add the following special condition of supervision.

**The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.**

Norman Punsalan Nooris
5:20-CR-310
October 28, 2021
Page 2

## CAUSE

On September 30, 2019, Nooris was released to a five-year term of supervised release after serving a 110-month term of imprisonment. While in the Bureau of Prisons Nooris completed the 500 hour Residential Drug Treatment Program. During the course of supervision, Nooris has maintained steady employment and is currently expecting his first child. Nooris was directed to submit to urinalysis on October 21, 2021. At the time of the directive, Nooris admitted that he had been regularly using methamphetamine. He did submit to urinalysis on October 21, 2021, and it was positive for methamphetamine, which is a violation of Standard Condition No. 7 (drug condition). Nooris claims he is willing to do what it takes to get sober and stay out of prison in order to be present for his child. He agreed to a substance abuse treatment condition being added to his conditions and to complete treatment. He was advised of his rights to a hearing before the Court but waived his rights by signing the attached waiver. Due to his willingness to participate in treatment and get clean, it is respectfully recommended to the Court that he be allowed to remain in the community and have a chance at treatment.

Approved:                                              Respectfully submitted,

_/s/ Jennifer R. Cordova_                              _/s/ Hector Medina_ for

Jennifer R. Cordova                                    Carolyn LaRue
Supervising U.S. Probation Officer                     U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5365                   Telephone: (210) 472-6590, Ext. 5369
                                                       Date: October 28, 2021

cc:   Sarah Wannarka
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other _____

_/s/ Fred Biery_
Honorable Fred Biery
U.S. District Judge

October 29, 2021
Date

PROB 49  
(3/89)

# United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

Witness: _____       Signed: _____  
                U.S. Probation Officer                             Probationer or Supervised Releasee

                                              _____  
                                                           Date