# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | § |
| vs. | §  NO:  SA:20-CR-00310(1)-FB |
| | § |
| (1) Norman Punsalan Nooris | § |

### ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING THE DEFENDANT

On the 5th day of April, 2022 came on to be considered the Government's motion to revoke the defendant's supervised release *[doc. #3]*. After due consideration, including consideration of all statutorily-required factors and the revocation policy statements, the Court finds the defendant has violated the conditions of supervised release as alleged by the Government, and that the ends of justice and the best interests of the public will not be served by continuing the defendant on supervised release. Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

**IT IS ORDERED** that:

The Government's motion to revoke the defendant's supervised release *[doc. #3]* is **GRANTED**, and the terms of supervised release originally imposed on **October 05, 2015** are hereby **REVOKED** and set aside pursuant to 18 U.S.C. § 3583(e)(3) and (g)(4).

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons for a period of ***TIME SERVED.*** The term of imprisonment shall be followed by a **SIX (6)** year term of supervised release with all previously imposed conditions of supervised release along with the following special condition:

    1. The defendant shall participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after programcompletion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality,

duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.

Signed this **7th day of April, 2022.**

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE