# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | NO: SA:20-CR-00310(1)-FB |
| (1) Norman Punsalan Nooris | § § | |

### ORDER REVOKING SUPERVISED RELEASE AND RESENTENCING THE DEFENDANT

On the 26th day of July, 2022 came on to be considered the Government's motion to revoke the defendant's supervised release *[doc. #18]*. After due consideration, including consideration of all statutorily-required factors and the revocation policy statements, the Court finds the defendant has violated the conditions of supervised release as alleged by the government, and that the ends of justice and the best interests of the public will not be served by continuing the defendant on supervised release. Accordingly, for reasons pronounced at sentencing and set forth in the motion to revoke,

**IT IS ORDERED** that:

The Government's motion to revoke the defendant's supervised release *[doc. #18]* is **GRANTED**, and the terms of supervised release originally imposed on **February 13, 2019** are hereby **REVOKED** and set aside pursuant to 18 U.S.C. § 3583(e)(3), (g)(3) and (g)(4).

**IT IS NOW THE ORDER AND SENTENCE** of this Court that the defendant is remanded to the custody of the Federal Bureau of Prisons for a period of ***TWENTY-ONE (21) MONTHS.***

The Court orders no further term of supervised release to follow in this case.

Signed this **3rd day of August, 2022.**

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE